Andrew M. Spurchise, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone:  212.583.9600
Facsimile:  212.832.2719

Anthony G. Ly, Bar No. 228883
aly@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone:  310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
HOMEAGLOW INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE GOMES, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HOMEAGLOW INC., a Delaware corporation; and DOES 1 through 30, Inclusive,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-00835-KJM-KJN<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date:　August 19, 2022<br>Time:　10:00 a.m.<br>Ctrm.:　Courtroom 3, 15th Floor |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO COMPEL ARBITRATION

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** on August 19, 2022 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Kimberly J. Mueller of the United States District Court for the Eastern District of California, in Courtroom 3, 15th Floor of the Robert T. Matsui United States Courthouse, located at 501 I Street Sacramento, CA 95814, Defendant Homeaglow Inc. ("Homeaglow") will and does move this Court for an order compelling Plaintiff Jeanette Gomes ("Plaintiff") to submit her claims against Homeaglow to final and binding arbitration on an individual basis.

Specifically, Homeaglow requests an order: (1) enforcing the parties' arbitration agreement, including the class action waiver, the parties' agreement to arbitrate Plaintiff's individual claim under the Labor Code Private Attorneys General Act of 2004 ("PAGA"), and PAGA waiver to the extent allowed by law; (2) compelling Plaintiff to submit her individual claims to final and binding arbitration, including Plaintiff's individual PAGA claim; and (3) dismissing the action, including Plaintiff's class action claims and representative PAGA claim premised on alleged Labor Code violations experience by other individuals, or alternatively, dismissing Plaintiff's class action claims and representative PAGA claim premised on alleged Labor Code violations experience by other individuals and staying all remaining civil court proceedings pending completion of individual arbitration. This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 2, 3, 4, *et seq*. ("FAA"). This Motion is brought on the grounds that Plaintiff's individual claims against Homeaglow are subject to a valid and enforceable bilateral arbitration agreement governed by the FAA, which requires Plaintiff to arbitrate her claims on an individual basis only.

Homeaglow's motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declarations of Xiao Wei Chen and Anthony G. Ly, Request for Judicial Notice, any other documents on file in this action, and any oral argument of counsel. On June 6, 2022, Homeaglow sent a meet and confer correspondence by email to Plaintiff. Thereafter, on June 7, June 22, June 24, June 27, and July 5, 2022, counsel for the parties met and conferred by telephone and email to thoroughly discuss the substance of this Motion and the authority provided by the parties in support of their respective positions. The parties were able to

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO COMPEL ARBITRATION

narrow the issues in dispute, but were unable to reach an agreement regarding Plaintiff's obligation to submit her individual claims to final and binding bilateral arbitration. Therefore, meet and confer efforts have been exhausted. Declaration of Anthony G. Ly in Support of Defendant Homeaglow's Motion to Compel Arbitration, ¶¶ 5-10, Exhibits A-G.

Dated: July 5, 2022

_____
Anthony G. Ly
Andrew M. Spurchise
Attorneys for Defendant
HOMEAGLOW INC.

4894-9204-5862.1 / 114736-1002

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO COMPEL ARBITRATION