1  Andrew M. Spurchise, Bar No. 245998
   aspurchise@littler.com
2  LITTLER MENDELSON, P.C.
   900 Third Avenue
3  New York, New York 10022.3298
   Telephone:   212.583.9600
4  Facsimile:   212.832.2719

5  Anthony G. Ly, Bar No. 228883
   aly@littler.com
6  LITTLER MENDELSON, P.C.
   2049 Century Park East
7  5th Floor
   Los Angeles, California 90067.3107
8  Telephone:   310.553.0308
   Facsimile:   310.553.5583

9
   Attorneys for Defendant
10 HOMEAGLOW INC.

11

12                 UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14

15 | JEANETTE GOMES, an individual, on behalf of | Case No. 2:22-cv-00835-KJM-KJN
   herself, and on behalf of all persons similarly
16 situated, | **DECLARATION OF XIAO WEI CHEN IN SUPPORT OF DEFENDANT HOMEAGLOW'S MOTION TO COMPEL ARBITRATION**

17              Plaintiff,

18        v.

19 HOMEAGLOW INC., a Delaware corporation;
   and DOES 1 through 30, Inclusive,
20
                Defendant.
21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1

DECLARATION OF XIAO WEI CHEN ISO
MOTION TO COMPEL ARBITRATION

## DECLARATION OF XIAO WEI CHEN

I, Xiao Wei Chen, hereby declare and state:

1.      I am an adult over the age of 18 and a resident of the state of Texas. The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2.      I am the co-Founder of Homeaglow Inc. ("Defendant," "Homeaglow," or the "Company") and have been since August 2015.  I make this Declaration in support of Homeaglow's Motion to Compel Arbitration ("Motion").  I am a 2009 graduate of the Massachusetts Institute of Technology with a Bachelor of Science degree in Engineering.  In my role as co-Founder, I have access to, and personal knowledge of, the matters and information set forth in this declaration.  All of the information set forth herein is based on my personal and firsthand knowledge or based on information and documents retained by Homeaglow in the regular course of its business operations, and if called and sworn as a witness, I could and would competently testify thereto.

3.      As co-Founder, I have access to and am familiar with Homeaglow's business records regarding Plaintiff and the class members (collectively, "Cleaners") as alleged in Plaintiff's Complaint in this action, who performed cleaning jobs in the state of California for third parties, and I have accessed these records in the ordinary course of business.  Cleaners looking for cleaning services requested by third parties can sign up as independent contractor cleaners ("Cleaners") to use Homeaglow's platform (the "Platform" or "Homeaglow Platform").  Homeaglow maintains records of cleaning services performed by Cleaners using its Platform and the process they completed to sign up to use the Platform, including the information they submitted to create an account and to set up their personal profiles.  Homeaglow's business records include the names and contact information of all independent contractor cleaners and third parties who signed up through the Platform to request cleaning services.  I am familiar with and have access to this information in the ordinary course of role as co-Founder.  These records are maintained in the regular course of Homeaglow's business and are records of regularly-conducted activity.

A.      **Overview of Homeaglow's Business**

4.      Homeaglow is a digital application-based company that facilitates "on-demand" home

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2

DECLARATION OF XIAO WEI CHEN ISO
MOTION TO COMPEL ARBITRATION

cleaning services requested by third parties.  Homeaglow created the Platform, which uses proprietary algorithms created by Homeaglow to connect Cleaners seeking home cleaning services with those seeking to provide home cleaning services.  In October 2021, the Platform was available to third parties to request cleaning services in 45 states nationwide.  It is currently available in all 50 states.  The Platform allows Cleaners and third parties to connect regarding cleaning services in all states where it is available by connecting to the Platform using the internet and/or mobile data network on a laptop and/or mobile device.  Cleaners utilize the Platform to locate service requests by third parties, review the type of service requested by third parties, and offer their cleaning services to third parties.

5.      Homeaglow is a corporation, incorporated under the laws of the State of Delaware. Homeaglow's headquarters is in Austin, Texas, where its officers have directed, controlled, and coordinated Homeaglow's business since January 2021.  Since January 2021, Homeaglow has not maintained any physical operations in California.

**B.      Plaintiff's Acceptance of Homeaglow's Independent Contractor Agreement**

6.      Any Cleaner who wishes to access the Homeaglow Platform must first create an account and establish a profile.

7.      As the co-Founder, I have personal knowledge of the process Cleaners must complete to create an account and establish a profile and the information they must submit and documents they must accept in order to use the Platform.  I have access to Homeaglow's electronic databases, which reflect the (1) dates and times of actions taken by Cleaners to create an account and profile; and (2) the identity of Cleaners that complete those processes and thereafter, to accept cleaning requests through the Platform.  These databases are part of Homeaglow's business records and are maintained in the ordinary course of Homeaglow's business and are records of regularly conducted activity.  As explained below, one of the actions Cleaners must complete to create a profile is to assent to the Homeaglow Contractor Agreement, which was accepted by all Cleaners, including Plaintiff, from March 3, 2017 to April 21, 2022[1] ("Contractor Agreement").  These databases are maintained in the regular course of Homeaglow's business and were updated automatically when Cleaners completed

---

[1] On April 21, 2022, Homeaglow updated the Contractor Agreement to a Platform Access Agreement ("PAA").  Plaintiff was not offered the PAA because she did not utilize the Platform to accept cleaning services at any time on or after November 16, 2021.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

DECLARATION OF XIAO WEI CHEN ISO
MOTION TO COMPEL ARBITRATION

an action, including but not limited to, their assented to the Homeaglow Contractor Agreement.  Based on my degree and as the individual who designed and personally wrote the computer code that comprises the Homeaglow Platform, I am able to read and interpret all of the data maintained in these databases, which I routinely do in the ordinary course of performing my duties as the co-Founder of Homeaglow.  I have reviewed the data for Plaintiff maintained in Homeaglow's electronic databases to (1) determine when Plaintiff created an account and profile to use the Platform; (2) confirm the email address, device, and IP address utilized by Plaintiff to complete these processes, which are captured by and maintained in Homeaglow's databases; (3) confirm that Plaintiff accepted the Contractor Agreement; and (4) confirm that Plaintiff used the Platform to accept requests for cleaning services after creating her account and profile using the same email address, account, profile, and device, and T-Mobile cellular IP address network[2] to accept cleaning requests as she did to accept the Contractor Agreement.

8.     At all times relevant to this lawsuit (*i.e.*, since April 12, 2018) Cleaners interested in utilizing the Platform must first create an account at homeaglow.com/apply.  After entering their address, phone number and email address, Cleaner must create a unique password to set up an account. When a Cleaner creates his/her password, the Platform places a cookie on his/her device to uniquely and securely identify the device as being the specific individual's device.[3]

9.     After establishing an account, Cleaners must set up a profile.  This includes, among other things, setting their own rates to charge third parties for cleaning services.

10.     After setting their own rates, Cleaners are provided the Contractor Agreement to review and accept.  They are provided the Contactor Agreement on a screen that states prominently at the top: states "Review & accept your contractor agreement."  A screenshot of this screen presented to Cleaners

---

[2] All the IP addresses associated with the actions Plaintiff took on October 15, 2021, start with 172.58, which are owned and resolve to the internet provider, T-Mobile.  Based on my degree, seven years of software engineering, and knowledge and experience with the internet and internet providers, which I utilized to create the Platform, I have knowledge regarding IP addresses.  Internet/mobile data network providers like T-Mobile assign an IP address to each device, and may update that device's IP address for a variety of reasons, including (1) the provider refreshing the IP address periodically; (2) if another cellular tower subsequently has a stronger signal to the device or less user traffic than the current cellular tower that the phone is connected to; or (3) if the phone disconnects and reconnects to the cellular network.
[3] As a further security measure, the Platform established Cross Site Request Forgery ("CSRF") protection tokens with the device, which prevent forged usage of the device's cookies.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

4

DECLARATION OF XIAO WEI CHEN ISO
MOTION TO COMPEL ARBITRATION

is attached hereto as **Exhibit A**.

11.     Cleaners review the Contractor Agreement by scrolling through each page of the document.  The Contractor Agreement could also be printed by Cleaners before it is accepted. Cleaners are free to spend as much time as they wish to review the Contractor Agreement.  To agree and accept the Contractor Agreement, a Cleaner must click and check a box that stated, "I agree to the above Independent Contractor Agreement" and then separately click the "Submit" button on the bottom of the screen.  Attached hereto as **Exhibit B** is a true and correct copy of Homeaglow's Contractor Agreement provided to all Cleaners, including Plaintiff, for review and acceptance from March 3, 2017 to April 21, 2022.

12.     Only after Cleaners affirmatively click the "I agree to the above Independent Contractor Agreement" box and separately click the "Submit" button, can they advance past the screen containing the Contractor Agreement.  Cleaners who do not accept the Contractor Agreement cannot complete the process of creating a profile and they cannot utilize the Platform to review and accept cleaning service requests from third parties.

13.     I have review Homeaglow's business records and based on those records, Plaintiff created her account with a unique password and completed her profile on October 15, 2021 at 12:16 a.m. CDT by completing the actions explained above that must be completed by all Cleaners to utilize the Platform.  Attached hereto as **Exhibit C** is a true and correct copy of data in Homeaglow's electronic data reflecting the actions taken by Plaintiff on October 15, 2021 to set up her account and profile and to thereafter accept cleaning requests using the Platform.  The data shows that Plaintiff set up her account using the email bayareagirl122@yahoo.com (Column A: "user") and established her unique password at 12:16 a.m. CDT (Column B: "date").  This is reflected in Row 2 of the data by the record indicating "password1": "xxx" in Column G, "request_post," which is a record that a unique password was created for the account.[4]  Thereafter, to complete her profile, Plaintiff had to accept the

---

[4] The actual password is not shown by the system because it is confidential and only known to Plaintiff. Similarly, the cookie value placed on Plaintiff's device by the Platform to identify the device as Plaintiff's device is not shown or stored by the system for security reasons.  The Platform confirmed that the CSRF protection token provided to Plaintiff's device when she first viewed the account creation page and the CSRF protection token provided when she created her unique password were identical (*i.e.*, "w260MycIMTljUHQtVYJZBmOWZDN874bF" in Column G of Row 2).  Because they matched, the Platform updated the CSRF protection token to

Contractor Agreement attached as Exhibit B by affirmatively clicking and checking the box that stated, "I agree to the above Independent Contractor Agreement" and thereafter, separately clicking the "Submit" button on the bottom of the screen, which the data shows she did on October 15, 2021 at 12:25 a.m. CDT.  This is reflected on Row 9 of the data by the record indicating "agree": "on," which confirms that Plaintiff clicked the box "I agree to the above Independent Contractor Agreement" when she separately clicked the "Submit" button.  The "on" designation would only be reflected if Plaintiff had clicked the "I agree to the above Independent Contractor Agreement" when she clicked the "Submit" button.

14.    Only after Plaintiff clicked the box to accept the Contractor Agreement and clicked the "Submit" button could she advance past the screen containing the Contractor Agreement.  After Plaintiff accepted the Contactor Agreement, she utilized the Platform on October 15, 2021, to accept two cleaning requests.  This is reflected in: (1) Row 20, when she accepted at 12:40 a.m. Central Time on October 15, 2021, a cleaning request that started at 11:00 a.m., Pacific Time (Plaintiff's local time) on October 16, 2021; and (2) Row 22, when she accepted at 12:40 a.m. Central Time on October 15, 2021, a cleaning request that started at 2:30 p.m., Pacific Time on October 16, 2021.  Plaintiff could not have reviewed these cleaning requests and could not have accepted them unless she first established her account and profile and accepted the Contractor Agreement.

15.    The data also shows that Plaintiff used the same device, a Samsung Galaxy A32 (Android 11 Samsung SM-A326U) as reflected in each row of the data by "Android 11; SM-A326U" in Column F ("user_agent") with the same IP addresses (as reflected in Column C: "ip") that are owed by and resolve to the internet/mobile data network provider, T-Mobile, including (1) establishing her account and profile; (2) agreeing to and accepting the Contractor Agreement; and (3) accepting cleaning requests.  Although all of the six IP addresses used for the actions taken by Plaintiff on October 15, 2021 are owed by and resolve to T-Mobile as explained above, the same 172.58.32.52 IP address was used by Plaintiff to establish her account and accept the Contractor Agreement.  She also

"CPogmSD3HjIfNhDxfdhnSiwk3l7YGZjXc" which was used for all actions by Plaintiff to create her account and profile, to accept the Contractor Agreement, and to accept her first two service cleaning requests (see Column G for Rows 3 to 22).  This further confirms that Plaintiff completed all of these steps in rows 3 to 22 using the same device.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

6

DECLARATION OF XIAO WEI CHEN ISO
MOTION TO COMPEL ARBITRATION

used the same device with IP addresses owed by and that resolve to T-Mobile on October 15, 2021 to upload a picture of herself (Row 6) and to enter personal information such as her debit account number, social security number, address, and date of birth (Rows 2 and 8). All of this information was also provided by Plaintiff using the same device as confirmed by the CSRF protection token, which was the same for all of these steps as reflected in the Column G for these rows. This information has been redacted to preserve their confidentiality. The data shows that Plaintiff's address is in California.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 5, 2022 at Austin, Texas.

*Xiao Wei Chen*

XIAO WEI CHEN

4878-5866-3198.11 / 114736-1002

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

7

DECLARATION OF XIAO WEI CHEN ISO
MOTION TO COMPEL ARBITRATION

# EXHIBIT A

# HOMEAGLOW

**Step 5 of 7**

- ✓ Basic Info
- ✓ Create you account
- ✓ **Set Up Your Profile!**
  - ✓ Intro Video
  - ✓ Hourly Rate
  - • **Terms of Service**
  - • Welcome Video
  - • Claim First Job

## Review & accept your contractor agreement

Last updated: March 3, 2017

This is an agreement ("Agreement") between YOU (herein after referred to as "You" or "the Contractor"), and Homeaglow, Inc. ("Homeaglow"). By accessing and using the Homeaglow technology, Platform and website, and by providing services, you expressly acknowledge and agree to be bound by the terms and conditions of this Agreement and any future amendments that may be made from time to time.  Homeaglow reserves the right to modify this Agreement at any time, in its sole discretion, which shall be effective upon the posting or announcement of such Agreement or modification. By continuing to use the website, Platform or services, you specifically agree to be bound by such updated terms.

In consideration of the mutual covenants of the parties under the Agreement, the sufficiency of which is hereby acknowledged, the parties agree as follows:

**Professional Cleaning Platform.**  Homeaglow operates a professional cleaning platform ("the Platform").  The Platform consists of proprietary business processes and technology designed to match users of professional cleaning services with third party contractors who perform such services subject to established guidelines created by Homeaglow.  THE CONTRACTOR ACKNOWLEDGES THAT HOMEAGLOW DOES NOT PROVIDE CLEANING SERVICES, AND HOMEAGLOW IS NOT A CLEANING SERVICE PROVIDER. HOMEAGLOW OFFERS INFORMATION AND A METHOD FOR USERS OF ITS PLATFORM TO OBTAIN CLEANING SERVICES, BUT DOES NOT INTEND TO PROVIDE CLEANING SERVICES OR ACT IN ANY WAY AS A CLEANING SERVICE PROVIDER. AND HAS NO RESPONSIBILITY OR LIABILITY

...

☑ I agree to the above Independent Contractor Agreement

[Submit]

# EXHIBIT B



# Review & accept your contractor agreement

Last updated: March 3, 2017

This is an agreement ("Agreement") between YOU (herein after referred to as "You" or "the Contractor"), and Homeaglow, Inc. ("Homeaglow").  By accessing and using the Homeaglow technology, Platform and website, and by providing services, you expressly acknowledge and agree to be bound by the terms and conditions of this Agreement and any future amendments that may be made from time to time.  Homeaglow reserves the right to modify this Agreement at any time, in its sole discretion, which shall be effective upon the posting or announcement of such Agreement or modification. By continuing to use the website, Platform or services, you specifically agree to be bound by such updated terms.

In consideration of the mutual covenants of the parties under the Agreement, the sufficiency of which is hereby acknowledged, the parties agree as follows:

**Professional Cleaning Platform.**  Homeaglow operates a professional cleaning platform ("the Platform").  The Platform consists of proprietary business processes and technology designed to match users of professional cleaning services with third party contractors who perform such services subject to established guidelines created by Homeaglow.  THE CONTRACTOR ACKNOWLEDGES THAT HOMEAGLOW DOES NOT PROVIDE CLEANING SERVICES, AND HOMEAGLOW IS NOT A CLEANING SERVICE PROVIDER. HOMEAGLOW OFFERS INFORMATION AND A METHOD FOR USERS OF ITS PLATFORM TO OBTAIN CLEANING SERVICES, BUT DOES NOT INTEND TO PROVIDE CLEANING SERVICES OR ACT IN ANY WAY AS A CLEANING SERVICE PROVIDER, AND HAS NO RESPONSIBILITY OR LIABILITY FOR ANY CLEANING SERVICES PROVIDED BY THE CONTRACTOR TO THIRD PARTIES.

**Cleaning Services.**  Homeaglow, in its sole discretion, may provide the Contractor with access to the Platform, whereby the Contractor may be connected to third parties desiring to receive cleaning services.  The Contractor hereby represents, warrants and agrees that:

- **Approvals**: To the extent required by law, the Contractor will have all the appropriate licenses, approvals and authority to provide cleaning services for hire to third parties in all jurisdictions in which the Contractor provides such services (including without limitation such things as a business license, Employer taxpayer identification number (federal EIN and Cal EDD number), a recorded fictitious business name (where applicable) and if required, a business tax registration certificate).  The Contractor further agrees that, at the request of Homeaglow, it will provide to Homeaglow information or documents confirming the Contractor's compliance with this provision of the Agreement.
- **Business Operation**:  The Contractor shall maintain its own set of books and records showing business income and expenses.  The Contractor shall also file a business tax return with the IRS as well as any state and local business tax returns that may be required by law.  The Contractor agrees that, at the request of Homeaglow, it will provide to Homeaglow information or documents confirming the Contractor's compliance with this provision of the Agreement.
- **Responsibility**:  The Contractor is free to employ or engage such individuals as contractor deems necessary or appropriate to provide the services under this Agreement; and if the contractor utilizes any employees or contractors, Contractor shall be solely responsible for compliance with all applicable labor, employment and tax laws and any benefits, and shall indemnify and hold Homeaglow harmless from any claims arising out of or relating to its engagement of such employees.  Contractor will obey all applicable laws related to, and will be solely responsible for, any and all liability which results or is alleged as a result of, its provision of cleaning services under this Agreement, including, but not limited to, personal injuries, death and property damages.  The Contractor will maintain all necessary insurance for its business as required by law.  For example, in the event the Contractor employs or hires one or more employees, the Contractor will maintain an active workers' compensation insurance

policy. Contractors who have children or other dependents as well as any employees of any Contractor to perform services under this Agreement also must submit to and complete a background check investigation that is consistent with and satisfactory to Homeaglow's standards.

- **Information**: All information the Contractor provides to Homeaglow (including information provided in background check form(s) and tax forms) will be complete, true and accurate.
- **Work Standards Under the Agreement**: For each job the Contractor accepts from the Platform, the Contractor agrees to perform services in a professional and diligent manner, to make reasonable efforts to perform the work to the satisfaction of the customer, and to perform any additional cleaning services that the customer reasonably requests that the Contractor perform at the time the Contractor performs work initially obtained through the Platform. The Contractor is free to accept or reject work available through the Platform. The Contractor understands and agrees, however, that upon accepting work the Contractor is expected to complete such work consistent with the standards set forth in this Agreement. The Contractor is free to cancel accepted work from the Platform, but understands: (i) that cancellations by the Contractor 24 hours or less before the start time of the appointments, (ii) instances where the Contractor does not show up to an appointment without cancelling it (a "no show"), or (iii) instances where the Contractor arrives late for a scheduled customer appointment or leaves early before the end of a scheduled appointment, may result in restricted access to cleaning opportunities on the Platform, and Platform may charge Contractor or withhold from Contractor's pay the acquisition cost of the affected Customer or $100 per such incident, whichever is greater. Homeaglow also may restrict access to cleaning opportunities on the Platform based on customer ratings and feedback, or any combination of the above factors. Homeaglow shall have no right to control the manner, means, and method by which the Contractor and/or the Contractor's employees or agents provide services under this Agreement and shall be authorized only to: (i) direct the Contractor as to the elements of the services to be performed, the result desired to be achieved and when the services are to be completed; and (ii) assess the performance of the services by the Contractor and/or the Contractor's employees or agents for the limited purposes of assuring that the services have been performed and determining the result of the Contractor's efforts. The Contractor agrees and understands that Homeaglow shall have the right to inspect services provided by the Contractor for customers only to ensure that the services provided by the Contractor meet the standards set forth in this Agreement. The Contractor agrees to cooperate with Homeaglow by providing Homeaglow information about any services provided under this Agreement, as well as information about customer concerns or customer feedback.
- **Rules Against Inappropriate Conduct**: The Contractor shall not engage in any inappropriate conduct while providing services under the Agreement, including but not limited to: (i) abusive, harassing or vulgar language in spoken, written, email or other electronic form;(ii) threatening and/or violent behavior; (iii) fraud; (iv) theft or unauthorized removal or possession of Homeaglow's property or the property of other Contractors, or Homeaglow employees or customers; (v) unsafe behavior or practices (including but not limited to actions that pose a safety threat to the client, the client's pets, or any other person, including Homeaglow employees or other contractors); and (vi) falsification, material omissions or destruction of records.
- **Transportation**: The Contractor is solely responsible for its transportation and the transportation of equipment to jobs the Contractor accepts from the Platform.
- **Work from the Platform**: The Contractor acknowledges and understands that Homeaglow has the absolute right to offer work to any other third party at Homeaglow's discretion. Furthermore, the Contractor agrees and understands that work accepted by the Contractor for a particular customer does not guarantee that the Contractor will perform any subsequent work for that customer.
- **Platform Communications**: In addition to appointment reminders sent to the email address & phone number provided during account setup, you may contact us at homeaglow.com/help. Additionally, we may provide an optional phone number that connects you with your Client(s). This phone number is property of Homeaglow, Inc.. By providing your phone number and using the Homeaglow Platform, you agree that we may, to the extent permitted by applicable law, use your mobile phone number for calls and, if such phone number is a mobile number, for text (SMS) messages, in order to assist with facilitating the requested Professional Services. Standard call or message charges or other charges from your phone carrier may apply to calls or text (SMS) messages we send you. You may opt-out of receiving text (SMS) messages from us by replying with the word "STOP" to a text message from us. You acknowledge that opting out of text (SMS) messages may impact your ability to use the Homeaglow Platform. You agree to Homeaglow's use of a service provider to mask your telephone number when you call or exchange text (SMS) messages with a Service Provider or Service Requestor using a telephone number provided by Homeaglow. During this process, Homeaglow will receive in real time and store call data, including the date and time of the call or text (SMS) message, the parties' phone numbers, and the content of the text (SMS) messages. You agree to the masking process described above and to Homeaglow's use and disclosure of this call data for its legitimate business purposes. By registering as an independent contractor for the Services, you acknowledge and

agree that any communications regarding Make Next Documents and other communications to or through the Services, including to your Client(s), may be monitored and/or recorded for quality assurance purposes, including but not limited to assisting in the resolution of any disputes Clients may have with your performance or the Services. You consent to any such monitoring and/or recording, and hereby waive any notification requirement at the time such recording to the maximum extent permitted under applicable law. By providing your phone number, you expressly agree to future communications at that number by Homeaglow and any other entities Homeaglow identifies by telephone call and/or text message, including by calls or text messages made by an automatic telephone dialing system or other automated technology, even if you have opted-out of such calls through the National Do Not Call Registry (or state equivalent) or the internal do not call list of Homeaglow or any other company.

- **Background Check Investigation**: The Contractor acknowledges and understands that individuals performing services under the Agreement will be performing services within the homes of customers. The Contractor acknowledges and understands that, to the greatest extent allowed by law, Homeaglow conducts background checks by obtaining consumer reports and/or investigative consumer reports from a third party consumer reporting agency. Such background checks include, but are not limited to, investigation of criminal history records, consumer credit reports, and verification of education and work history. The Contractor has authorized or will authorize the obtaining of such reports by Homeaglow as part of the Contractor's initial application process to perform services under this Agreement, as well as at regular intervals while the Contractor is performing services under this Agreement. Homeaglow also may investigate and obtain information about the Contractor for purposes of evaluating the Contractor's candidacy for this engagement directly, without use of any third party provider. The Contractor authorizes all persons, schools, businesses, and other organizations contacted by or on behalf of Homeaglow about the Contractor to disclose to Homeaglow any and all reports and other information related to the Contractor's qualifications for this engagement, without giving the Contractor prior notice of such disclosure. In addition, the Contractor hereby fully releases Homeaglow (including its officers, directors, agents, representatives and employees), and all other persons, corporations, partnerships and associations from any and all claims, demands or liabilities arising out of or in any way related to such investigations or disclosures. No individual will be engaged to perform services, or be permitted to continue performing services, under this Agreement unless he/she satisfactorily completes the required background check investigation(s), the results of which will be assessed by Homeaglow consistent with applicable law and in its sole discretion. The Contractor further agrees to notify Homeaglow immediately should Contractor (or any employee or agent of the Contractor who performs services under this Agreement) be arrested or convicted of any crime while Contractor's application is pending or while Contractor is performing services under this Agreement, except as limited by applicable law.
- **Client Contact**: Neither the Contractor nor its employees will contact Homeaglow clients regarding payments or scheduling an appointment on its own. Contractor shall only book subsequent cleaning appointments through the Homeaglow Platform.
- **Ability to Contract with other Contractors and Companies**: Nothing in this Agreement shall limit the right of the Contractor to perform services for any other company, contractor or person, including direct competitors of Homeaglow. Nor shall anything in this Agreement restrict a principal, agent or employee of the Contractor from performing services for any other company, contractor or for any other person.
- **Incentives**: Homeaglow may from time to time offer incentive payments to Contractors. Such payments shall be at the discretion of Homeaglow and may be subject to eligibility requirements determined by Homeaglow. Unless agreed to in a separate writing attached hereto, such payments may be amended or terminated at any time by Homeaglow without notice.

**Independent Contractor Status**. The Contractor agrees and specifically warrants that he/she/it is a licensed independent contractor and not an employee, agent, partner or joint venturer of Homeaglow. As such, the Contractor acknowledges and agrees that neither the Contractor, nor Contractor's agents or employees, are entitled to any benefits from Homeaglow or under any of Homeaglow's health, retirement, pension, stock option or other equity, fringe benefit, severance, profit sharing or welfare plans. Homeaglow will not provide workers' compensation, disability insurance, Social Security or unemployment compensation coverage or any other benefit to the Contractor or to the Contractor's agents or employees. The Contractor further agrees that should the Contractor or Contractor's agents or employees ever be deemed entitled to any such benefits, the Contractor hereby irrevocably waives any present or future entitlement thereto, and agrees to hold Homeaglow harmless and indemnify Homeaglow against any loss or expense that may result from collection of such benefits by the Contractor or Contractor's agents or employees for any reason. The Contractor hereby consents to receiving 1099-MISC via electronic delivery, either through the Homeaglow dashboard or via the email address provided by the Contractor during account creation.

**Fees for Services**.  Contractor will work with Homeaglow to set up an account so that Homeaglow can process payment at the rate agreed upon between Homeaglow and Contractor for all services provided under the Agreement, as reflected on Contractor's dashboard.  Homeaglow will pay the Contractor for services via direct deposit, based on the information the Contractor provides to Homeaglow.

Homeaglow will only pay for services completed under the Agreement that are in compliance with the Contractor's obligations under this Agreement.

**Training**.  The Contractor has the responsibility to ensure that individuals performing services on behalf of the Contractor under this Agreement have the appropriate training to perform cleaning services for customers under the standards set forth in this Agreement.

**Equipment**. The Contractor is responsible for providing all equipment and supplies needed to perform cleaning services under the Agreement. The Contractor may purchase, at its own expense, cleaning equipment and supplies from Homeaglow.  Purchase of Homeaglow equipment and supplies is not required under this Agreement and the Contractor is free to use its own equipment and supplies to perform services under this Agreement.  In addition, the Contractor may use any equipment and supplies purchased from Homeaglow for any purpose, including services the Contractor may provide to other companies, persons or contractors.

**Proprietary Rights**.  To the extent the Contractor provides any suggestions, ideas, enhancement requests, feedback, recommendations or other information regarding the Platform or Homeaglow's products or services, the Contractor hereby assigns to Homeaglow all right, title and interest thereto.  The Contractor will maintain the confidentiality of all non-public information it receives regarding Homeaglow and its products, services, finances, business, personnel, clients and other cleaning professionals, and the terms and conditions of this Agreement, and not use or disclose the same, except with the prior written consent of Homeaglow.

**Use of Personal Information**.  Contractor consents to allow Homeaglow to use its personal and/or business contact information to send invoices to clients and as otherwise needed.

**Termination**.  Homeaglow and the Contractor shall have the right to terminate this Agreement for any reason by providing the other party with 21 days written notice.  Either party may terminate this Agreement for a material breach by the other party.  In addition, the agreement is immediately terminable by Homeaglow if:

1. The Contractor performs, or threatens to perform, cleaning services for a Homeaglow client outside the platform;
2. A Homeaglow customer makes an allegation of theft; unsafe practices or behavior that poses a threat to a customer, any other person, or a customer's pet; property damage; or abusive, threatening and/or violent behavior, against the Contractor or the Contractor's agents or employees;
3. Homeaglow, in its sole discretion, determines that the Contractor or its agents or employees have violated the Rules Against Inappropriate Conduct described in this Agreement; or
4. The Contractor or its agents or employees do not satisfactorily complete a background check investigation, do not sign the Homeaglow Independent Contractor Agreement, or do not timely complete IRS Form W9, or any other tax forms that Homeaglow is required to collect.

Termination of this Agreement shall not affect accrued rights or obligations of the parties.  In addition, the provisions of this Agreement related to Arbitration and Proprietary Rights shall survive termination of this Agreement.

**Disclaimer of Warranties**.  Homeaglow provides the Contractor with access to the Platform on an "AS IS" basis and MAKES NO REPRESENTATION, WARRANTY, OR GUARANTY AS TO THE RELIABILITY, TIMELINESS, QUALITY, SUITABILITY, AVAILABILITY, ACCURACY OR COMPLETENESS OF THE PLATFORM.  ALL CONDITIONS, REPRESENTATIONS AND WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY OR

FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS, ARE HEREBY DISCLAIMED BY Homeaglow TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW.

**Assignment**.  The Contractor shall have the right or ability to assign, transfer or subcontract any rights or obligations under this Agreement with the written consent of Homeaglow, which shall not be unreasonably withheld.  Homeaglow may fully assign and transfer this Agreement in whole or part.

**General**.  The failure of either party to enforce its rights under this Agreement at any time for any period will not be construed as a waiver of such rights.  In the event that any provision of this Agreement will be determined to be illegal or unenforceable, that provision will be limited or eliminated to the minimum extent necessary so that this Agreement will otherwise remain in full force and effect and enforceable.  Except as otherwise provided, this Agreement will be governed by and construed in accordance with the laws of the State of California without regard to the conflicts of laws provisions thereof.

**Binding Arbitration**.  The parties recognize that disputes may arise between the Contractor and Homeaglow or their related parties, and that those differences may or may not be related to the Contractor's services under this Agreement.  In order to gain the benefits of a speedy, less-formal, impartial, final and binding procedure to resolve such disputes, all such disputes will be resolved by means of binding arbitration as set forth below.

- **Applicable Law**.  The Federal Arbitration Act will govern the interpretation and enforcement of the parties' agreement to arbitrate.  To the extent that the Federal Arbitration Act is inapplicable, the arbitration law of the state in which Contractor provides or last provided services to Homeaglow will apply.
- **Claims Subject To Arbitration**.  The Contractor and Homeaglow agree to arbitrate all claims or controversies ("Claims"), past, present or future, whether or not arising out of the Contractor's services under this Agreement, that Homeaglow may have against the Contractor, or that the Contractor may have against any of the following: (1) Homeaglow; (2) Homeaglow's officers, directors, employees or agents in their capacity as such or otherwise; (3) Homeaglow's parent, subsidiary and affiliated entities; (4) Homeaglow's benefit plans or the plans' sponsors, fiduciaries, administrators, affiliates and agents; and/or (5) all successors and assigns of any of them (each a "Company Party").  The only Claims that are arbitrable are those that are justiciable under applicable federal, state or local law.  Arbitrable Claims include but are not limited to contract claims, tort claims, and claims for violation of any federal, state, or other governmental law, statute (including anti-discrimination statutes), regulation, or ordinance, except for any claims that are not arbitrable as a matter of law.  The parties agree they will not initiate or prosecute any lawsuit in any way related to any claim covered by this agreement to arbitrate, other than one seeking temporary equitable relief in aid of arbitration.  For any lawsuit seeking temporary equitable relief in aid of arbitration, where such an action otherwise is available by law, the parties consent to the personal jurisdiction of the state and federal courts located in the county (or comparable governmental unit) in which the Contractor last provided services to Homeaglow.
- **Single-Claimant Arbitration Only**.  To the maximum extent permitted by law, the Contractor and Homeaglow hereby waive any right to bring on behalf of other persons or entities, or to otherwise participate with other persons or entities in, any class, collective, or representative action (including but not limited to any representative action under the California Private Attorneys General Act ("PAGA"), or other federal, state or local statute or ordinance of similar effect).  The Contractor understands, however, that to the maximum extent permitted by law, the Contractor retains the right to bring claims in arbitration, including PAGA claims, for itself/himself/herself as an individual (and only for itself, himself or herself).  If a court adjudicating a case involving Homeaglow and the Contractor were to determine that there is an unwaivable right to bring a PAGA representative action, any such representative action shall be brought only in court, and not in arbitration.
- **Time Limits For Commencing Arbitration And Required Notice Of All Claims**.  The party asserting a Claim (the "Claimant") must give written notice of any claim to the party against whom the claim is asserted (the "Respondent") not later than the expiration of the statute of limitations that the law prescribes for the Claim.  Otherwise, the Claim will be deemed waived.  The filing of a government complaint will not extend the statute of limitations for presenting any Claim to arbitration.  The parties acknowledge that they are encouraged to give written notice of any Claim as soon as possible after the event or events in dispute so that arbitration of any differences may

take place, promptly. Notice will also identify the nature of the Claims, a description of the facts upon which such Claims are based, and the relief or remedy sought. The notice will be sent to the Respondent by certified or registered mail, return receipt requested.

- **Place Of Arbitration**. The arbitration will take place in the county (or comparable governmental unit) in which the Contractor last provided services to Homeaglow, and no dispute affecting the Contractor's rights or responsibilities will be adjudicated in any other venue or forum.

- **Arbitration Procedures**. The arbitration will be held under the auspices of Judicial Arbitration & Mediation Services ("J•A•M•S"). The arbitration shall be held in accordance with its then-current Comprehensive Arbitration Rules & Procedures (and no other J·A·M·S rules), which are currently available at http://www.jamsadr.com/rules-download-rules. The Contractor understands that, upon request, Homeaglow will supply the Contractor with a copy of the J·A·M·S rules. The Arbitrator shall apply the substantive law (and the law of remedies, if applicable) of the state in which the claim arose, or federal law, or both, as applicable to the claim(s) asserted. The Arbitrator is without jurisdiction to apply any different substantive law or law of remedies.

- **Arbitration Fees and Costs**. Homeaglow will be responsible for paying any filing fee and the fees and costs of the Arbitrator; provided, however, that if the Contractor is the Claimant, the Contractor will contribute an amount equal to the filing fee to initiate a claim in the court of general jurisdiction in the state in which the Contractor last provided services to Homeaglow. Each party will pay in the first instance the party's own attorneys' fees and costs, if any. However, if any party prevails on a statutory Claim that affords the prevailing party attorneys' fees and costs, or if there is a written agreement providing for attorneys' fees or costs, the Arbitrator will rule upon a motion for attorneys' fees or costs under the same standards a court would apply under the law applicable to the Claim(s) at issue.

**Waiver Of Right To Jury Trial**. The Contractor and Homeaglow acknowledge that by entering into this Agreement, they are waiving the right to have Claims decided by trial by jury.

# EXHIBIT C

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | user | date | ip | url | method | user_agent | request_post |
| 2 | bayareagirl122@yahoo.com | 10/15/21 12:16AM CDT | 172.58.32 52 | /apply/1 | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"state": "CA", "zipcode": "████", "csrfmiddlewaretoken": "w260MycIMTIjUHQtVYJZBmOWZDN874bF", "q4": "yes", "q1": "yes", "q3": "yes", "q2": "yes", "city": "LODI", "q12": "I Agree", "action": "register", "password1": "xxx", "address": "████████", "step": "1", "phone": " (480) 669-9746"} |
| 3 | bayareagirl122@yahoo.com | 10/15/21 12:18AM CDT | 172.58.32 52 | /apply/2 | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"qb2": "All of the above", "qb3": "Stack them up neatly and leave them on a chair or bed", "qb1": "Dust the vents, clean the bathtub, toilet and sink, then sweep and mop the floor", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "qb7": "Comet/Ajax", "qb4": "Leave it untouched", "qb5": "Politely ask the client to tell her child to stay away from the rooms while you are cleaning", "qb8": "Lift the toaster and kettle and clean under them", "qb9": "Picking up larger items from the floor (receipts, pens, crayons, legos, q-tips)", "step": "2", "qb10": "All of the above", "qb6": "Ask your client if there's anything else they'd like you to clean"} |
| 4 | bayareagirl122@yahoo.com | 10/15/21 12:19AM CDT | 172.58.32 52 | /done_video | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "id": "159658"} |
| 5 | bayareagirl122@yahoo.com | 10/15/21 12:20AM CDT | 172.58.32 52 | /cp/profile/setpay | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"pay_rate": "20", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "submit": ""} |
| 6 | bayareagirl122@yahoo.com | 10/15/21 12:21AM CDT | 172.58.32 52 | /sign_s3 | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"avatar_url": "https://homeaglow.s3.amazonaws com/prod_cp_profile_photo_159658.jpg", "id": "159658"} |
| 7 | bayareagirl122@yahoo.com | 10/15/21 12:25AM CDT | 172.58.32 52 | /cp/profile/bio | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"vanity_url": "jeanettegome", "bio": "Hi my name is Jeanette and I have several years cleaning professional offices in my family business, I also clean several family and friends homes on a monthly basis. I am very organized and clean person, I have been told my by neighbors and family I am OCD lol. I am very dependable and will always do a great job! ", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX"} |
| 8 | bayareagirl122@yahoo.com | 10/15/21 12:25AM CDT | 172.58.32 52 | /cp/profile/payment | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"phone": "(480) 669-9746", "email": "bayareagirl122@yahoo.com", "cp_id": "159658", "dob_mm": "██", "ssn": "", "cvc": "", "debit_number": "", "stripeToken": "", "dob_yyyy": "1900", "skip": "true", "dob_dd": "██", "exp": "", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "account_number": "", "routing_number": ""} |
| 9 | bayareagirl122@yahoo.com | 10/15/21 12:25AM CDT | 172.58.32 52 | /cp/ica | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "agree": "on"} |
| 10 | bayareagirl122@yahoo.com | 10/15/21 12:28AM CDT | 172.58.32 52 | /done_video | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"id": "159658"} |
| 11 | bayareagirl122@yahoo.com | 10/15/21 12:30AM CDT | 172.58.32 52 | /cp/howitworks | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"qv6": "You earn your full rate without any match fees", "qv3": "Invoice clients, which automatically processes your pay", "qv3_2": "Cancel or no-show any of your 1st 3 jobs", "qv1": "correct_answer", "qv2": "correct_answer", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX"} |
| 12 | bayareagirl122@yahoo.com | 10/15/21 12:30AM CDT | 172.58.32 52 | /cp/howitworks | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"qv6": "They must book through Homeaglow. Stealing clients will deactivate your account.", "qv3": "Invoice clients, which automatically processes your pay", "qv3_2": "Don't keep at least 70% of jobs you claim", "qv1": "correct_answer", "qv2": "correct_answer", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX"} |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 13 | bayareagirl122@yahoo.com | 10/15/21 12:30AM CDT | 172.58.32 52 | /cp/a/agree_sole_proprietor | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX"} |
| 14 | bayareagirl122@yahoo.com | 10/15/21 12:33AM CDT | 172.58.39.181 | /cp/a/agree_sole_proprietor | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX"} |
| 15 | bayareagirl122@yahoo.com | 10/15/21 12:34AM CDT | 172.58.32 52 | /cp/a/cp_save_cleaning_supplies_url | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"url": "https://abapops s3.amazonaws.com/cleaning_supplies%2FPRODUCTION_cp_159658_Lcclxad0ZD.jpg", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "cp": ""} |
| 16 | bayareagirl122@yahoo.com | 10/15/21 12:35AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"source": "cpclaimjobs_click", "job": "1517715", "cp": "159658", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX"} |
| 17 | bayareagirl122@yahoo.com | 10/15/21 12:37AM CDT | 172.58.32 52 | /cp/profile/payment | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"payment_type": "debit", "account_number": "", "exp": "▇▇▇", "phone": "(480) 669-9746", "ssn": "▇▇▇ 8958", "cvc": "xxx", "cp_id": "159658", "dob_dd": "▇", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "email": "bayareagirl122@yahoo.com", "routing_number": "", "debit_number": "xxxx xxxx xxxx 4554", "stripeToken": "tok_1Jkj73Fgu4Rw8MDeavMYFyW7", "dob_mm": "▇", "dob_yyyy": "1962"} |
| 18 | bayareagirl122@yahoo.com | 10/15/21 12:38AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "job": "1517715"} |
| 19 | bayareagirl122@yahoo.com | 10/15/21 12:40AM CDT | 172.58.37 237 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "job": "1515488"} |
| 20 | bayareagirl122@yahoo.com | 10/15/21 12:40AM CDT | 172.58.37 237 | /cp/job/1517715/a | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"start_hour": "07:00", "start_date": "", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "datetime": "10/16/2021 11:00", "action": "claim"} |
| 21 | bayareagirl122@yahoo.com | 10/15/21 12:40AM CDT | 172.58.37 237 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "cp": "159658", "job": "1517715", "source": "cpclaimjobs_click"} |
| 22 | bayareagirl122@yahoo.com | 10/15/21 12:40AM CDT | 172.58.37 237 | /cp/job/1515488 | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"action": "claim", "datetime": "10/16/2021 14:30", "start_date": "", "start_hour": "07:00", "csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX"} |
| 23 | bayareagirl122@yahoo.com | 10/15/21 12:41AM CDT | 172.58.37 237 | /cp/text_client | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "CPogmSD3HjlfNhDxfdhnSiwk3l7YGZjX", "job": "1515488", "cp_confirmed_job": "true", "phonenumber": "8443852442", "message": "Hi Sonika, I'm Jeanette (homeaglow.com/jeanettegome) your confirmed cleaner for Sat Oct 16 2:30PM. \n\nI see you included cleaning notes. If your home needs more than 3 hrs, please prioritize tasks for me or add time."} |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 24 | bayareagirl122@yahoo.com | 10/15/21 12:44AM CDT | 172.58.37 237 | /signin | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"action": "signin", "email": "Bayareagirl122@yahoo.com", "csrfmiddlewaretoken": "rRd3GFkbeljZOMau9Bu5inGlvuZk7oKa", "next": "", "password": "xxx"} |
| 25 | bayareagirl122@yahoo.com | 10/15/21 12:44AM CDT | 172.58.37 237 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm", "job": "1515488"} |
| 26 | bayareagirl122@yahoo.com | 10/15/21 12:48AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"source": "cpclaimjobs_click", "job": "1515488", "cp": "159658", "csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm"} |
| 27 | bayareagirl122@yahoo.com | 10/15/21 12:48AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm", "source": "cpclaimjobs_click", "cp": "159658", "job": "1517715"} |
| 28 | bayareagirl122@yahoo.com | 10/15/21 12:50AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm", "cp": "159658", "job": "1515488", "source": "cpclaimjobs_click"} |
| 29 | bayareagirl122@yahoo.com | 10/15/21 12:54AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm", "job": "1515488"} |
| 30 | bayareagirl122@yahoo.com | 10/15/21 12:56AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"source": "cpclaimjobs_click", "job": "1517715", "cp": "159658", "csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm"} |
| 31 | bayareagirl122@yahoo.com | 10/15/21 1:07AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "AEre1EkHFZ0sydJ5Qmk20FFomP0trlrh", "job": "1517715"} |
| 32 | bayareagirl122@yahoo.com | 10/15/21 1:09AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm", "job": "1515488"} |
| 33 | bayareagirl122@yahoo.com | 10/15/21 1:09AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm", "job": "1517715"} |
| 34 | bayareagirl122@yahoo.com | 10/15/21 1:12AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.85 Mobile Safari/537.36 | {"source": "cpclaimjobs_click", "job": "1517715", "cp": "159658", "csrfmiddlewaretoken": "EoKJ8utGU9jmBogUvEKV1wcc4M26qPAm"} |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 35 | bayareagirl122@yahoo.com | 10/15/21 1:24AM CDT | 172.58.32 52 | /cp/profile | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"state": "CA", "csrfmiddlewaretoken": "Q0xH5cxLQkKUwQQJyTc6LlfPkRbtLb59", "apt": "", "email": "bayareagirl122@yahoo.com", "city": "Lodi", "cp_id": "159658", "zipcode": "███", "address": ███████████████████████", "phone": "(480) 669-9746"} |
| 36 | bayareagirl122@yahoo.com | 10/15/21 1:24AM CDT | 172.58.32 52 | /cp/profile/setradius | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"available_zipcode": "95632,95242,95686,95220,95237,95258,95212,95219,95240,95207,95209,95210", "csrfmiddlewaretoken": "Q0xH5cxLQkKUwQQJyTc6LlfPkRbtLb59"} |
| 37 | bayareagirl122@yahoo.com | 10/15/21 1:27AM CDT | 172.58.32 52 | /cp/profile/availability | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"12/13/2021 13:00": "selected", "10/17/2021 16:00": "selected", "10/16/2021 16:00": "job", "12/11/2021 21:00": "not-selected", "11/18/2021 16:00": "selected", "11/22/2021 15:00": "selected", "12/04/2021 11:00": "selected", "12/01/2021 12:00": "selected", "10/23/2021 17:00": "selected", "10/22/22 22:00": "not-selected", "11/06/2021 14:00": "selected", "11/09/2021 15:00": "selected", "11/13/2021 10:00": "selected", "10/31/2021 07:00": "selected", "11/19/2021 10:00": "selected", "11/13/2021 21:00": "not-selected", "10/15/2021 16:00": "selected", "10/16/2021 07:00": "selected", "10/24/2021 10:00": "selected", "11/14/2021 18:00": "selected", "11/06/2021 21:00": "not-selected", "11/26/2021 06:00": "not-selected", "12/01/2021 18:00": "selected", "11/30/2021 16:00": "selected", "11/18/2021 06:00": "not-selected", "11/01/2021 20:00": "not-selected", "11/29/2021 17:00": "selected", "11/20/2021 15:00": "selected", "11/23/2021 22:00": "not-selected", "10/17/2021 21:00": "selected", "10/19/2021 09:00": "selected", "10/23/2021 21:00": "not-selected", "11/18/2021 22:00": "not-selected", "3_start_time": "07:00", "11/23/2021 12:00": "selected", "11/18/2021 20:00": "not-selected", "11/17/2021 10:00": "selected", "12/08/2021 17:00": "selected", "11/25/2021 18:00": "selected", "12/12/2021 09:00": "selected", "11/23/2021 07:00": "selected", "11/29/2021 15:00": "selected", "10/30/2021 22:00": "not-selected", "11/24/2021 12:00": "selected", "10/25/2021 17:00": "selected", "11/01/2021 13:00": "selected", "11/12/2021 20:00": "not-selected", "11/28/2021 20:00": "not-selected", "12/04/2021 13:00": "selected", "10/20/2021 19:00": "not-selected", "10/15/2021 06:00": "not-selected", "11/07/2021 06:00": "not-selected", "10/17/2021 06:00": "not-selected", "11/17/2021 07:00": "selected", "12/02/2021 09:00": "selected", "10/20/2021 20:00": "not-selected", "11/29/2021 21:00": "not-selected", "11/05/2021 13:00": "selected", "12/01/2021 11:00": "selected", "10/18/2021 07:00": "selected", "10/30/2021 15:00": "selected", "11/21/2021 11:00": "selected", "12/01/2021 20:00": "selected", "10/18/2021 10:00": "selected", "11/01/2021 09:00": "selected", "12/12/2021 16:00": "selected", "10/24/2021 09:00": "selected", "12/09/2021 20:00": "not-selected", "11/02/2021 09:00": "selected", "10/17/2021 18:00": "selected", "11/19/2021 22:00": "selected", "10/31/2021 17:00": "selected", "12/02/2021 18:00": "selected", "12/02/2021 11:00": "selected", "10/22/2021 13:00": "selected", "11/02/2021 07:00": "selected", "11/17/2021 18:00": "selected", "10/23/2021 09:00": "selected", "10/22/2021 11:00": "not-selected", "11/03/2021 07:00": "selected", ... |
| 38 | bayareagirl122@yahoo.com | 10/15/21 2:36AM CDT | 172.58.32 52 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "Q0xH5cxLQkKUwQQJyTc6LlfPkRbtLb59", "job": "1517715"} |
| 39 | bayareagirl122@yahoo.com | 10/15/21 2:37AM CDT | 172.58.32.52 | /utils/confirm_phone | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"phone": "4806699746", "csrfmiddlewaretoken": "EGpI3y1jTzB8WPRlQTRZZpaQM2tIzWZT"} |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 40 | bayareagirl122@yahoo.com | 10/15/21 2:42AM CDT | 172.58.32 52 | /cp/profile/payment | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"phone": "(480) 669-9746", "csrfmiddlewaretoken": "6cPooyZr5TN64ALc23yLacFwZL79sOLa", "dob_mm": "█", "routing_number": "█", "dob_yyyy": "1962", "ssn": "█8958", "dob_dd": "█", "cvc": "xxx", "cp_id": "159658", "payment_type": "bank", "debit_number": "xxxx xxxx xxxx 4554", "stripeToken": "tok_1Jkj73Fgu4RwBMDeavMYFyW7", "exp": "█", "account_number": "█4371", "email": "bayareagirl122@yahoo.com"} |
| 41 | bayareagirl122@yahoo.com | 10/15/21 2:44AM CDT | 172.58.32 52 | /utils/confirm_phone | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"phone": "4806699746", "csrfmiddlewaretoken": "8NkmDp2wZtBeaxR61fiSoG6Tt29gKtEZ"} |
| 42 | bayareagirl122@yahoo.com | 10/15/21 3:33AM CDT | 172.58.32 24 1 | /cp/profile | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"address": "█", "phone": "(480) 669-9746", "state": "CA", "email": "bayareagirl122@yahoo.com", "cp_id": "159658", "csrfmiddlewaretoken": "t0KN557ISgX79lQTnuilM35nkN4oC3I5", "city": "Lodi", "zipcode": "█", "apt": ""} |
| 43 | bayareagirl122@yahoo.com | 10/15/21 3:33AM CDT | 172.58.32 24 1 | /utils/confirm_phone | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"phone": "4806699746", "csrfmiddlewaretoken": "t0KN557ISgX79lQTnuilM35nkN4oC3I5"} |
| 44 | bayareagirl122@yahoo.com | 10/15/21 3:35AM CDT | 172.58.32 24 1 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"source": "cpclaimjobs_click", "job": "1517715", "cp": "159658", "csrfmiddlewaretoken": "t0KN557ISgX79lQTnuilM35nkN4oC3I5"} |
| 45 | bayareagirl122@yahoo.com | 10/15/21 3:35AM CDT | 172.58.32 24 1 | /cp/job/1517715 | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"show_preferred_times_radio": "on", "cp_notes": "", "start_date": "10/16/2021", "action": "save", "cp_reschedule_reason": "", "csrfmiddlewaretoken": "t0KN557ISgX79lQTnuilM35nkN4oC3I5", "num_hours": "4.0", "review_text": "", "cp_cancellation_reason": "", "start_hour": "09:30"} |
| 46 | bayareagirl122@yahoo.com | 10/15/21 10:09AM CDT | 172.58.32.17 2 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"cp": "159658", "source": "cpclaimjobs_click", "csrfmiddlewaretoken": "t0KN557ISgX79lQTnuilM35nkN4oC3I5", "job": "1517715"} |
| 47 | bayareagirl122@yahoo.com | 10/15/21 10:10AM CDT | 172.58.32.17 2 | /cp/a/job/view | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"csrfmiddlewaretoken": "t0KN557ISgX79lQTnuilM35nkN4oC3I5", "source": "cpclaimjobs_click", "cp": "159658", "job": "1515488"} |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 48 | bayareagirl122@yahoo.com | 10/15/21 9:20PM CDT | 172.58.32.131 | /cp/profile/availability | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"11/28/2021 20:00": "not-selected", "11/27/2021 10:00": "selected", "11/16/2021 07:00": "selected", "11/15/2021 18:00": "selected", "11/13/2021 07:00": "selected", "11/19/2021 15:00": "selected", "11/14/2021 12:00": "selected", "11/24/2021 15:00": "selected", "12/14/2021 11:00": "selected", "11/22/2021 20:00": "not-selected", "12/07/2021 14:00": "selected", "10/19/2021 09:00": "selected", "11/27/2021 07:00": "selected", "11/05/2021 12:00": "selected", "11/20/2021 11:00": "selected", "11/04/2021 06:00": "not-selected", "11/19/2021 21:00": "selected", "11/26/2021 07:00": "selected", "11/06/2021 08:00": "selected", "10/25/2021 12:00": "selected", "10/26/2021 21:00": "not-selected", "11/05/2021 22:00": "selected", "11/07/2021 16:00": "selected", "10/19/2021 17:00": "selected", "10/30/2021 15:00": "selected", "11/29/2021 22:00": "not-selected", "11/09/2021 13:00": "selected", "11/03/2021 17:00": "selected", "11/07/2021 18:00": "selected", "10/25/2021 19:00": "not-selected", "11/29/2021 18:00": "selected", "12/12/2021 15:00": "selected", "11/04/2021 15:00": "selected", "11/28/2021 16:00": "selected", "10/30/2021 22:00": "not-selected", "12/10/2021 20:00": "not-selected", "11/01/2021 06:00": "not-selected", "10/25/2021 06:00": "not-selected", "10/25/2021 07:00": "not-selected", "10/19/2021 14:00": "selected", "12/01/2021 13:00": "selected", "10/22/2021 17:00": "selected", "11/23/2021 10:00": "selected", "11/29/2021 17:00": "selected", "11/29/2021 10:00": "selected", "11/23/2021 21:00": "not-selected", "10/26/2021 12:00": "selected", "11/24/2021 18:00": "selected", "11/16/2021 06:00": "not-selected", "11/28/2021 06:00": "not-selected", "12/04/2021 11:00": "selected", "11/19/2021 17:00": "selected", "12/04/2021 20:00": "not-selected", "10/18/2021 09:00": "selected", "11/10/2021 15:00": "selected", "11/13/2021 22:00": "selected", "11/20/2021 19:00": "not-selected", "12/14/2021 10:00": "selected", "10/24/2021 20:00": "selected", "11/14/2021 06:00": "selected", "10/24/2021 08:00": "selected", "11/28/2021 22:00": "not-selected", "11/13/2021 12:00": "selected", "11/18/2021 10:00": "selected", "10/20/2021 20 00": "not-selected", "11/11/2021 13:00": "selected", "11/20/2021 14:00": "selected", "10/25/2021 13:00": "selected", "11/17/2021 12:00": "selected", "11/26/2021 10:00": "selected", "12/01/2021 11:00": "selected", "10/22/2021 19:00": "selected", "12/04/2021 12:00": "selected", "11/03/2021 11:00": "selected", "10/30/2021 17:00": "selected", "11/05/2021 07:00": "selected", "10/15/2021 22:00": "selected", "11/05/2021 10:00": "selected", "11/09/2021 22:00": "not-selected", |
| 49 | bayareagirl122@yahoo.com | 10/15/21 9:23PM CDT | 172.58.32.131 | /cp/profile/availability | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"11/01/2021 16:00": "selected", "12/08/2021 14:00": "selected", "11/06/2021 14:00": "selected", "11/15/2021 16:00": "selected", "10/17/2021 06:00": "not-selected", "11/15/2021 09:00": "selected", "12/06/2021 09:00": "selected", "11/20/2021 17:00": "selected", "12/07/2021 18:00": "selected", "11/24/2021 15:00": "selected", "12/09/2021 17:00": "selected", "11/03/2021 06:00": "not-selected", "11/12/2021 12:00": "selected", "11/21/2021 13:00": "selected", "12/05/2021 20:00": "not-selected", "11/05/2021 20:00": "not-selected", "10/27/2021 13:00": "selected", "11/16/2021 19:00": "selected", "11/25/2021 20:00": "not-selected", "10/30/2021 06:00": "not-selected", "12/11/2021 16:00": "selected", "11/07/2021 19:00": "not-selected", "11/29/2021 10:00": "selected", "10/30/2021 18:00": "selected", "11/16/2021 22:00": "not-selected", "10/31/2021 21:00": "not-selected", "11/28/2021 15:00": "selected", "10/29/2021 17:00": "selected", "11/29/2021 13:00": "selected", "11/16/2021 12:00": "selected", "11/12/2021 15:00": "selected", "10/22/2021 18:00": "selected", "10/27/2021 14:00": "selected", "11/04/2021 12:00": "selected", "12/11/2021 21:00": "selected", "11/01/2021 20:00": "not-selected", "10/18/2021 06:00": "not-selected", "11/13/2021 22:00": "not-selected", "12/07/2021 09:00": "selected", "11/17/2021 19:00": "selected", "11/13/2021 18:00": "selected", "11/11/2021 09:00": "selected", "11/10/2021 17:00": "selected", "11/25/2021 09:00": "selected", "11/01/2021 22:00": "not-selected", "12/05/2021 22:00": "selected", "10/17/2021 14:00": "not-selected", "10/29/2021 21:00": "not-selected", "11/13/2021 15:00": "selected", "10/24/2021 09:00": "selected", "11/24/2021 19:00": "selected", "11/09/2021 07:00": "selected", "10/28/2021 13:00": "selected", "11/12/2021 09:00": "selected", "11/07/2021 17:00": "selected", "12/06/2021 22:00": "not-selected", "12/05/2021 06:00": "not-selected", "12/06/2021 19:00": "not-selected", "12/01/2021 10:00": "selected", "10/20/2021 18:00": "selected", "11/21/2021 06:00": "not-selected", "11/19/2021 06:00": "not-selected", "11/05/2021 18:00": "selected", "12/02/2021 14:00": "selected", "11/09/2021 16:00": "selected", "11/17/2021 10:00": "selected", "10/31/2021 10:00": "selected", "11/03/2021 18:00": "selected", "12/13/2021 16:00": "selected", "10/23/2021 13:00": "selected", "12/10/2021 10:00": "selected", "11/19/2021 22:00": "not-selected", "11/14/2021 19:00": "not-selected", "10/21/2021 11:00": "selected", "11/06/2021 08:00": "selected", "11/07/2021 20:00": "not-selected", "11/02/2021 08:00": "selected", "11/10/2021 11:00": |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 50 | bayareagirl122@yahoo.com | 10/15/21 9:25PM CDT | 172.58.32.131 | /cp/profile/setradius | POST | Mozilla/5.0 (Linux; Android 11; SAMSUNG SM-A326U) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/15.0 Chrome/90.0.4430.210 Mobile Safari/537.36 | {"available_zipcode": "95640,95641,95639,95638,95632,95242,95686,95680,95220,95227,95690,95693,95231,95237,95236,95234,95258,95254,95215,95211,95212,95219,94514,94511,95240,95757,95615,95612,95207,95203,95202,95209,95206,95205,95204,95758,95210", "csrfmiddlewaretoken": "PYvashpkk8BOMp9csCvjFzVsGP2M3G9m"} |