Andrew M. Spurchise, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone:   212.583.9600
Facsimile:   212.832.2719

Anthony G. Ly, Bar No. 228883
aly@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone:   310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendant
HOMEAGLOW INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE GOMES, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMEAGLOW INC., a Delaware corporation; and DOES 1 through 30, Inclusive,<br><br>Defendant. | Case No. 2:22-cv-00835-KJM-KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date:   August 19, 2022<br>Time:  10:00 a.m.<br>Ctrm.:  Courtroom 3, 15th Floor |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

[PROPOSED ORDER] GRANTING
DEFENDANT'S MOTION TO COMPEL
ARBITRATION

# [PROPOSED] ORDER

This matter is before the Court on a motion to compel arbitration filed by Defendant Homeaglow Inc. The motion has been fully briefed, and the Court held a hearing on August 19, 2022. The parties were represented by their respective counsel of record.

The Court, having read and considered all papers submitted, and having heard and considered the oral arguments of counsel, and good cause appearing, hereby GRANTS Homeaglow's Motion to Compel Arbitration. Plaintiff is ordered to submit her individual claims, including her individual PAGA claim, to final and binding arbitration pursuant to the Parties' arbitration agreement. Plaintiff's class action claims and representative PAGA claim are hereby dismissed, and all remaining civil court proceedings are stayed pending completion of individual arbitration.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Kimberly J. Mueller
Chief United States District Judge

4875-6756-3815.1 / 114736-1002

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1

[PROPOSED ORDER] GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION