ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

Anthony G. Ly, Bar No. 228883
aly@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California  90067.3107
Telephone:    310.553.0308
Fax No.:          310.553.5583

Attorneys for Defendant
HOMEAGLOW INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE GOMES, an individual, on behalf of herself, and on behalf of all persons similarly situated, | Case No. 2:22−CV−00835−KJM−KJN |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| HOMEAGLOW INC., a Delaware corporation; and DOES 1 through 30, Inclusive, | |
| Defendant. | |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On July 5, 2022, I served the within document(s):

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

2. **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

3. **DECLARATION OF XIAO WEI CHEN IN SUPPORT OF DEFENDANT HOMEAGLOW'S MOTION TO COMPEL ARBITRATION**

4. **DECLARATION OF ANTHONY G. LY IN SUPPORT OF DEFENDANT HOMEAGLOW'S MOTION TO COMPEL ARBITRATION**

5. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT HOMEAGLOW'S MOTION TO COMPEL ARBITRATION**

6. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION**

☒ By electronic service. Based on a court order or an agreement of the parties to accept electronic transmission, I caused the documents listed to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is medwards@littler.com

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at: **Los Angeles, California**.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

PROOF OF SERVICE

ZAKAY LAW GROUP, APLC
Shani O. Zakay, Esq.
Jackland K. Hom, Esq.
Julieann Alvarado, Esq.
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 255-9047
Facsimile: (858) 404-9203
E-mail: shani@zakaylaw.com
jackland@zakaylaw.com
julieann@zakaylaw.com

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on July 5, 2022 at Los Angeles, California.

*/s/ Madison Edwards*
Madison Edwards, III

4887-8525-5454.1 / 114736-1002

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3

PROOF OF SERVICE